# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, as subrogee of Temple Beth Sholom and Lycee International De Los Angeles, dba French American School,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE MANUFACTURING CO., INC. and DOES 1 to 50, inclusive<br><br>Defendants. | Case No.: 8:17-cv-00401-AG (KESx)<br><br>**ORDER FOR DISMISSAL**<br><br>Judge: Hon. Andrew J. Guilford<br>Dept: Courtroom 10D<br>Trial Date: Vacated<br>Complaint Filed: March 7, 2017 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)91)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close this file.

**IT IS SO ORDERED**

Dated: January 16, 2019

_____
United Sates District Judge